IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ERVIN BRADLEY, ROBERTA W. THOMAS,
JANE A. BULLY, TERRY BLACKMON,
RONDA LAIRD MOSES, ROOSEVELT RANSBURY,
CARL RANSBURY, LISA CHAMBERS,
FRANCES CLAY, GERLDEAN DAVIS,
MARY A. FUNCHES, DOYLE S. HARRINGTON,
LESIA ANN JOHNSON, RONNY E. MAGEE,
JERLEAN MCCOY, JENNIFER MCCRAY,
HELEN WASHINGTON, ROY LEE HICKS,
LARRY HENDERSON, EVELYN RICHARDSON,
BERNITA TAYLOR, CARIE FRAZIER
AND BARRY HERON                                                                    PLAINTIFFS

VS.                                                            CIVIL ACTION NO. 3:04cv538WS

FRITO-LAY, INC.                                                                     DEFENDANT

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(ii), that all claims of Plaintiffs Jennifer McCray, Doyle Harrington, Larry Henderson and Evelyn Richardson in the above-titled action, Civil Action No. 3:04cv538-W-S, against Defendant Frito-Lay, Inc., may be dismissed with prejudice, each party to bear its respective attorneys' fees and costs. Plaintiffs Jennifer McCray, Doyle Harrington, Larry Henderson and Evelyn Richardson and Defendant, Frito-Lay, Inc., further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing the claims against the Defendant, Frito-Lay, Inc. with prejudice.

Respectfully submitted,

JO:99301630.1

_____
Chokwe Lumumba
Sharon D. Henderson
**Attorneys for Plaintiffs**

_____
W. Thomas Siler, Jr., Esq.
LaToya C. Merritt, Esq.
**Attorneys for Frito-Lay, Inc.**